**Eduardo Moreno LAPARADE,**
**Plaintiff-counter-**
**defendant,**

v.

**Mario Moreno IVANOVA, an individual and as Executor of the Estate of Mario Moreno Reyes, Defendant-cross-defendant—Appellant,**

---

**Columbia Pictures Industries, Inc., a California corporation, Defendant-counter-claimant-cross-claimant—Appellee.**

No. 01–56568, 01–57109.
D.C. No. CV–97–00615–WJR.

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 15, 2002.

Before FERNANDEZ, THOMAS and WARDLAW, Circuit Judges.

MEMORANDUM **

These preliminary injunction appeals come to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's orders regarding preliminary injunctive relief only to limited review. *Walczak v. EPL Prolong, Inc.,* 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

We cannot say that the district court abused its discretion here. We therefore affirm the district court's orders granting the preliminary injunctions. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International,* 686 F.2d 750, 752 (9th Cir.1982). All pending motions are denied.

AFFIRMED.